UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JESSICA S. DURAN-PALMER,      )      NO. CV 10-7046-MAN
                              )
              Plaintiff,      )
                              )      JUDGMENT
        v.                    )
                              )
MICHAEL J. ASTRUE,            )
Commissioner of Social Security,  )
                              )
              Defendant.      )
_____)

        Pursuant to the Court's Memorandum Opinion and Order,

        IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the cause is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATED:   September 23, 2011

                                _____
                                     MARGARET A. NAGLE
                                UNITED STATES MAGISTRATE JUDGE